THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS A. CUVILLIER, Appellant, *v.* WILLIAM F. HAGARTY, Justice of the Supreme Court, et al., Respondents.

*Appeal — prohibition — order denying writ of prohibition not appealable to Court of Appeals unless it appears that denial was not in exercise of discretion.*

It being discretionary with the Supreme Court to grant or deny a writ of prohibition, its order refusing to grant it is not appealable to the Court of Appeals unless the order or opinion shows that the application was denied as a matter of law and not in the exercise of discretion.

*People ex rel. Cuvillier* v. *Hagarty,* 209 App. Div. 832, appeal dismissed.

(Argued June 2, 1924; decided July 5, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 19, 1924, denying an application for a writ of prohibition.

*Louis A. Cuvillier,* appellant in person.

*Harry A. Gordon* for respondents.

*Per Curiam.* Appeal from order dismissed, with costs. The writ of prohibition does not issue as a matter of right but in the sound discretion of the court. (*People ex rel. Hummel* v. *Trial Term,* 184 N. Y. 30; *People ex rel. Livingston* v. *Wyatt,* 186 N. Y. 383, 393.) " It being discretionary with the Supreme Court whether to grant or deny the writ, its order refusing to grant it is not appealable to this court " (*People ex rel. Adams* v. *Westbrook,* 89 N. Y. 152, 156), unless as in *People ex rel. Hummel* v. *Trial Term,* the order or the opinion of that court shows that the application was denied as a matter of law and not in the exercise of discretion.

HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ., concur.

Appeal dismissed.